**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6542

DUNCAN LAMARR BURRESS,

Plaintiff - Appellant,

v.

TIMOTHY PERKINS, Correctional Officer II; JOSHUA HYPES, Correctional Officer; JEREMY ARBOGAST, Correctional Officer; CHAD SISK, Correctional Officer; JESSE FOSTER, Correctional Officer; CHARLES LEGG, Correctional Officer, Lieutenant Shift Commander for Quilliams II; PAUL PARRY, Assistant Warden Security; DAVID BALLARD, Warden; GARY HINTE, Investigator Intelligence Officer; JOHNATHAN FRAME, Institutional Investigator; CURTIS DIXON, Sergeant, Institutional Investigator; ROBERT RHODES, Major, Chief Correctional Officer,

Defendants - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Joseph R. Goodwin, District Judge. (2:13-cv-01970)

Submitted: July 24, 2014                    Decided: July 29, 2014

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Duncan Lamarr Burress, Appellant Pro Se. Kimberly M. Bandy, Natalie C. Schaefer, SHUMAN, MCCUSKEY & SLICER, PLLC,

Charleston, West Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Duncan Lamarr Burress appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Burress v. Perkins, No. 2:13-cv-01970 (S.D.W. Va. Mar. 20, 2014; Mar. 21, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED